United States District Court
Southern District of Texas
**ENTERED**
August 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE ELIZABETH MANDELL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2277 |
| | § | |
| T. WADE CHRISTIANSEN, | § | |
| | § | |
| Respondent. | § | |

## ORDER GRANTING EXTENSION OF TIME

Monique Elizabeth Mandell has filed a Petition for -Non-Criminal- Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and 28 U.S.C. § 2241 ("Petition") (Docket Entry No. 1), challenging her detention in "a secured nursing memory care facility" during guardianship proceedings. On July 13, 2022, the court entered an Order to Show Cause within thirty days why this case should not be dismissed (Docket Entry No. 4). Mandell's counsel has filed an Emergency Motion for an Extension of Time to Respond to the Court's Show Cause Order (Docket Entry No. 5) that is accompanied by a Response to the Show Cause Order (Docket Entry No. 6). The request for an extension of time will be granted.

Mandel's counsel appears to seek an extension of 14 days in which to supplement the Response to the Show Cause Order with a signed declaration from her client (Docket Entry No. 5, pp. 2-3). As grounds for the extension counsel notes that she has been denied access to her client by the attorney who was appointed as her

temporary guardian by a Harris County probate court, where guardianship proceedings remain pending (Id. at 2). Without providing any details counsel notes further that there are hearings set in the guardianship proceeding on August 16, 2022, and August 22, 2022, which may render the issues raised in the Order to Show Cause moot (Id.).

The court **ORDERS** as follows:

1. The Emergency Motion for an Extension of Time to Respond to the Court's Show Cause Order (Docket Entry No. 5) is **GRANTED**. Counsel for the petitioner shall file any additional or supplemental response to the Order to Show Cause no later than 14 days from the date of this Order. <u>No further extensions will be granted</u>.

2. The petitioner is advised that any failure to comply as directed may result in the dismissal of this case under Fed. R. Civ. P. 41 for want of prosecution.

**The Clerk will provide a copy of this Order to the parties of record.**

**SIGNED** at Houston, Texas, on this the 15th day of August, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE